IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| BLACK SOIL DAIRY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LAND O'LAKES, INC. and RIDLEY USA INC. (d/b/a HUBBARD FEEDS INC.),<br><br>    Defendants. | Case No. _____<br><br>Case No. LACV026673<br><br>**NOTICE OF REMOVAL** |

COMES NOW Defendant, Land O' Lakes, Inc. (hereinafter "Land O' Lakes") and states for its notice of removal as follows:

1. This action was originally brought and is currently pending in the Iowa District Court for Sioux County as Case No. LACV026673.

2. Copies of all process and pleadings served on Land O' Lakes in this action are attached and consist of the following:

    Exhibit A: Petition and Jury Demand

    Exhibit B: Return of Service on Land O' Lakes

    Exhibit C: Return of Service on Ridley USA Inc. (d/b/a Hubbard Feeds Inc)

    (hereinafter "Ridley USA")

    Exhibit D: Answer of Ridley USA

    Exhibit E: Answer of Land O'Lakes

    Exhibit F: Notice of Civil Trial-Setting Conference

    Exhibit G: Appearance of William H. Larson

    Exhibit H: Email

3. Land O'Lakes, Inc. seeks to remove this action because this court has original jurisdiction of this civil action in which the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States. See 28 U.S.C. §§ 1332 (a) (1); 1441 (a); 1446(a).

4. Land O' Lakes in paragraphs 5 to 14 provides a statement of the facts that demonstrate satisfaction of the diversity of citizenship and the amount in controversy requirements. See Local Rule 81(f).

5. Black Soil Dairy, LLC (hereinafter "Black Soil") was at the time of filing this action and still is a Michigan limited liability company with its principal place of business in Granville, Iowa. Black Soil has four members. Three members are natural persons who were at the time of filing this action and still are citizens of Iowa; two of such members are domiciled in Granville, Iowa and the third member is domiciled in Orange City, Iowa. The fourth member is The Timothy C. and Marietta den Dulk Living Trust ("Trust") which was at the time of filing this action and still is a citizen of Michigan and the trustee, Timothy C. den Dulk, was at the time of filing this action and still is a citizen of Michigan who is domiciled in Grand Rapids, Michigan. The Trust is believed to be a revocable trust, with Timothy C. den Dulk and Marietta den Dulk, as the current beneficiaries. Marietta den Dulk was at the time of filing this action and still is a citizen of Michigan who is domiciled in Grand Rapids, Michigan. No beneficiary of the trust is believed to be a citizen of Minnesota.

6. Land O' Lakes at the time of filing this action and still is a Minnesota corporation with its principal place of business in Arden Hills, Minnesota.

7. Ridley USA at the time of filing this action and still is a Minnesota corporation with its principal place of business in Mankato, Minnesota.

8. The claim is based on alleged injury to certain calves given certain animal feed in Sioux County, Iowa. (Pet. ¶8).

9. The petition stated the Iowa district court's jurisdictional requirements were met, but did not reveal the amount of damages sought because Iowa Rule of Civil Procedure 1.403 (1) provides:

> Except in small claims and cases involving only liquidated damages, a pleading shall not state the specific amount of money damages sought but shall state whether the amount of damages meets applicable jurisdictional requirements for the amount in controversy. The specific amount and elements of monetary damages sought may be obtained through discovery.

10. Accordingly, the case stated by the initial pleading was not removable.

11. Land O' Lakes first ascertained on October 5, 2017 that the amount in controversy exceeded the sum of $75,000, exclusive of interest and costs. See Exhibit H.

12. Land O' Lakes timely filed this Notice of Removal. See 28 U.S.C. §1446(b)(3); Schilling v. Sauer-Danfoss (US) Company, 2014 WL 10539607 *2 (S.D. Iowa 2014) (post-filing email was "other paper" that gave Sauer–Danfoss a reason to believe that this action was removable and distinguishing such emails for jurisdictional purposes based on diversity versus federal question); Central Iowa Agri-Systems v. Old Heritage Advertising & Publishers, Inc. 727 F. Supp. 1304, 1305 (S.D. Iowa 1989) (pre-suit email claiming damages four times in excess of diversity jurisdictional amount was "other paper").

13. This notice was also filed within one year from August 15, 2017-- the date this action was commenced. See 28 U.S.C. §1446(c)(1).

14. Ridley USA consents to the removal of this action. 28 U.S.C. §1446(b)(2) (A).

15. The Certification Pursuant to Local Rule 81 is filed herewith.

16. A copy of this Notice of Removal is being filed with the Iowa District Court for Sioux County pursuant to 28 U.S.C. §1446(d).

WHEREFORE, Land O' Lakes prays that this Court accept this Notice and that this action proceed in this Court as an action properly removed.

/s/Stanley J. Thompson
Stanley J. Thompson (AT0007811)
Margaret A. Hanson (AT0011866)
DAVIS BROWN LAW FIRM
215 10th Street, Suite 1300
Des Moines, Iowa 50309
Telephone: (515) 288-1500
Facsimile: (515) 243-0654
Email: stanthompson@davisbrownlaw.com
*Email:* maggiehanson@davisbrownlaw.com
Attorneys for Defendant Land O'Lakes, Inc.

Original E-filed.

COPIES TO:

Jenny L. Winterfeld
Winterfeld Law, P.L.C.
P.O. Box 134
Sioux Center, IA 51250
Telephone: (712) 722-3210
Fax: (712) 722-3211
Email: jenny@winterfeldlaw.com
Attorney for Plaintiff Black Soil Dairy, LLC

Matthew D. Jacobson
Whitfield & Eddy, P.L.C.
699 Walnut St. Suite 2000
Des Moines, IA 50309
Telephone: (515) 288-6041
Fax: (515) 246-1474
Email: Jacobson@whitfieldlaw.com
Attorney for Defendant Ridley USA, Inc d/b/a Hubbard Feeds Inc.

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on **October 13, 2017** by:

    __ U.S. Mail         __ Email

    __ Hand Delivered    __ Overnight Courier

    __ Federal Express    X Other: CM-ECF/EDMS

Signature:  /s/ Stan Thompson