UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| BLACK SOIL DAIRY, LLC., | NO. 5:17-cv-04065-LRR |
|---|---|
| Plaintiff, vs. LAND O'LAKES, INC., AND RIDLEY USA, INC. (D/B/A HUBBARD FEEDS, INC.), Defendants. | **STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST DEFENDANT RIDLEY USA INC. PURSUANT TO RULE 41 (a) (2) of the FEDERAL RULES OF CIVIL PROCEDURE** |

COMES NOW Plaintiff, Black Soil Dairy, LLC, and Defendant, Ridley USA, Inc., and states in support of their Stipulated Voluntary Dismissal Without Prejudice of claims against Defendant Ridley USA Inc., and states as follows:

1. The Plaintiff has now received responses to requests for admissions served on Defendant Ridley USA Inc. The responses confirm that Ridley USA Inc., was not the manufacturer of the calf milk replacer that is the subject of the present controversy.

2. Counsel for the Plaintiff contacted counsel for Ridley USA Inc., regarding a stipulated voluntary dismissal without prejudice of this action pursuant to Federal Rule of Civil Procedure 41 (a) (1) (A) (ii) prior to the filing of the present stipulation.

3. Counsel for Ridley USA Inc. responded by stating he had no objection to such a request.

4. Plaintiff is filing the present stipulation pursuant to Rule 41 (a) (2) seeking an Order dismissing the present action with all claims against Ridley USA Inc., without prejudice.

WHEREFORE, the Plaintiff and Defendant requests this Court to grant the Stipulated Voluntary Dismissal Without Prejudice of Ridley USA Inc., from the present action and to

1

Order that Ridley USA Inc., bear its own costs and fees incurred to date in the present action and for such other and further relief that the Court deems necessary and just.

Respectfully submitted,

*/s/ WH Larson*

William H. Larson
KLASS LAW FIRM, L.L.P.
Mayfair Center, Upper Level
4280 Sergeant Road, Suite 290
Sioux City, IA 51106
larson@klasslaw.com
WWW.KLASSLAW.COM
712/252-1866
712/252-5822 fax

Jenny L. Winterfeld
20 3rd Street NE
Sioux Center, IA 51250

ATTORNEYS FOR PLAINTIFF


*/s/ Matthew D. Jacobson*

Matthew D. Jacobson
Whitfield & Eddy PLC
699 Walnut Street, Ste. 2000
Des Moines, IA 50309

ATTORNEY FOR RIDLEY USA, INC.

Copy to:

Stanley Thompson
Davis, Brown, Koehn, Shors & Roberts, P.C.
215 10th Street, Suite 1300
Des Moines, IA 50309

CERTIFICATE OF SERVICE
The undersigned certifies that the foregoing
instrument was served upon all parties to the
above cause to each of the attorneys of record
herein at their respective addresses disclosed
on the pleading on ___August 22_____, 2018
By: _____ U.S. Mail           _____ facsimile
    _____ Hand delivered      _____ Overnight courier
    _____ Email                 X    ECF

Signature _____