IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| BLACK SOIL DAIRY, LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>LAND O'LAKES, INC,<br><br>  Defendant. | No. 17-CV-4065-LRR<br><br>**JUDGMENT** |

_____

**DECISION BY COURT.** This action came before the Court and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** pursuant to the Order filed on October 22, 2018 (docket number 77): Judgment is entered in favor of Defendant Land O'Lakes, Inc and against Plaintiff Black Soil Dairy, LLC.

**DATED** this 22nd day of October, 2018.

ROBERT L. PHELPS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

_____
By: Deputy Clerk